UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RECEIVED
IN CLERK'S OFFICE
JUL 27 2011
U.S. DISTRICT COURT
MID. DIST. TENN.

Gregory C. Krug,

v.  No. 3:11-CV-00645

R. David Baker, et
alia

MOTION

*[handwritten annotation: ORDER — The motion is DENIED given the plaintiff's pending appeal. [initials] 9-2-11]*

Krug hereby requests that the Court order defendant Heroux, to send to him one copy of each and every statement which he rendered to anyone with respect to the legal services that he provided to Krug.

Respectfully submitted,

Gregory C. Krug  7-25-11
Gregory C. Krug, Pro Se
Reg. No. 15503-075
P.O. Box 340
Salters, SC 29590-0340