UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RECEIVED IN CLERK'S OFFICE JUL 27 2011 U.S. DISTRICT COURT MID. DIST. TENN.

Gregory C. Krug,

v.                              No. 3:11-CV-00645

R. David Baker, et

al.

MOTION

*This motion is DENIED. [illegible] Plaintiff's [illegible] appeal [illegible] 9-2-11*

Krug once again requests that the Clerk send him a subpoena for him to serve upon both of the defendants, the Attorney General, the U.S. Attorney for this District and also upon Baker's immediate superior.

Respectfully submitted,

Gregory C. Krug 7-25-11
Gregory C. Krug, Pro Se
Reg. No. 15503-075
P.O. Box 340
Salters, SC 29590-0340