UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

RECEIVED
IN CLERK'S OFFICE
JUL 27 2011
U.S. DISTRICT COURT
MID. DIST. TENN.

Gregory C. Krug,

v.                    No. 3:11-CV-00645

R. David Baker, et
al.,                  OWEN

> This motion is DENIED as lacking in a factual basis.
> WJH[?] 9-2-11

MOTION

Notwithstanding the obvious futility thereof, Krug hereby requests that Judges Haynes recuse himself from this litigation, for the reasons which have been set forth on the attached excerpt from the U.S. v. Krug, Pro Se Appellant's Brief.

Respectfully submitted,

Gregory C. Krug  7/25/11
Gregory C. Krug, Pro Se
Reg. No. 15503-075
P.O. Box 340
Salters, SC 29590-0340