UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

RECEIVED
IN CLERK'S OFFICE

JUL 27 2011

U.S. DISTRICT COURT
MID. DIST. TENN.

Gregory C. Krug,

v.

No. 3:11-CV-00645

R. David Baker, et

alia.

ORDER

This motion is

DENIED as lacking

in a factual basis.

[signature]

8-2-11

MOTION

Notwithstanding the obvious futility thereof, Krug hereby re-

quests that Judges Haynes recuse himself from this litigation,

for the reasons which have been set forth on the attached

excerpt from the U.S. v. Krug, Pro Se Appellant's Brief.

Respectfully submitted

[signature] 7/25/11

Gregory C. Krug, Pro Se

Reg. No. 15503-075

P.O. Box 340

Salters, SC 29590-0340